HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY R KING,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C18-5722RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 17], recommending that his Court DENY Petitioner King's § 2254 habeas petition as time barred. King has objected [Dkt. # 18].

  (1) the Magistrate Judge's Report and Recommendation is ADOPTED;

  (2) Petitioner King's § 2254 habeas corpus petition is DISMISSED with prejudice;

  (3) the Court will NOT issue a certificate of appealability, for the reasons articulated in the R&R; and

ORDER - 1

1     (4) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge

2 Theresa L. Fricke and to any other party that has appeared in this action.

3     IT IS SO ORDERED.

4     Dated this 15th day of May, 2020.

                                    Ronald B. Leighton
                                    United States District Judge